UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60755-CIV-DIMITROULEAS

SHINELL GORDON,

    Plaintiff,

vs.

TPUSA, INC.,

    Defendant.

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion for Court Approval of Settlement Agreement and Request for Order of Dismissal with Prejudice [DE 19] ("Joint Motion"). The Court has reviewed the Joint Motion, the Settlement Agreement attached thereto [DE 19-1], and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion [DE 19] is **GRANTED**;
2. The Parties' Settlement Agreement [DE 19-1] is hereby **APPROVED**;
3. This case is **DISMISSED WITH PREJUDICE**; and
4. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record